IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STEVEN RUDOLPH and WENDY RUDOLPH,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICA'S WHOLESALE LENDER; BANK OF AMERICA, N.A.; BAC HOME LOANS SERVICING, LP; RESERVE MORTGAGE INVESTMENTS, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A.; CWABS, INC., ASSET-BACKED CERTIFICATES SERIES 2007–9; COUNTRYWIDE HOME LOANS, INC.; and A through R,<br><br>Defendants. | CIVIL ACTION FILE NO.<br><br>Removed from the Circuit Court of Jefferson County, Alabama<br>Case No. CV–2011–900542.00 |

## CORPORATE DISCLOSURE STATEMENT

Defendant Countrywide Home Loans, Inc., by and through its undersigned counsel and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.4 files this Disclosure Statement and states:

Countrywide Home Loans, Inc. is a wholly-owned subsidiary of Countrywide Financial Corporation.  Countrywide Financial Corporation is a wholly-owned subsidiary of Bank of America Corporation.

Bank of America Corporation is a publicly-traded corporation, and no publicly-traded corporation owns more than 10% of Bank of America Corporation.

Defendant Countrywide Home Loans, Inc. reserves the right to supplement this Disclosure Statement.

This the 27th day of October, 2011.

                                                /s/ Alan M. Warfield
Alan M. Warfield
Timothy M. Davis
Jones, Walker, Waechter, Poitevant,
   Carrère & Denègre, LLP
1819 5th Avenue North, Suite 1100
Post Office Box 830642
Birmingham, Alabama 35203
T: (205) 244–5200
F: (205) 244–5400
E: awarfield@joneswalker.com

*Attorneys for Defendants Bank of America, N.A., individually and as successor by merger to BAC Home Loans Servicing, LP, Mortgage Electronic Registration Systems, Inc., The Bank of New York Mellon Trust Company, N.A., CWABS, Inc., and Countrywide Home Loans, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of October, 2011, true and exact copies of the foregoing Corporate Disclosure Statement has this day been forwarded to opposing counsel of record by depositing the same in the United States Mail, first class postage prepaid, and addressed as follows:

Jon E. Lewis, Esq.
Lewis, Feldman & Lehane, LLC
The Concord Center
2100 Third Avenue North, Suite 810
Birmingham, Alabama 35203

                                                /s/ Alan M. Warfield
OF COUNSEL